# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS VALENZUELA, | Case No.: 1:17-cv-463-BAM |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | |
| Defendant. | |

On November 17, 2017, the parties filed a stipulation for Plaintiff to have an extension of time in which to file Plaintiff's Opening Brief. (Doc. 13). The Scheduling Order allows a single thirty-day extension by the stipulation of parties, and this is the first request for an extension. Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff's request for an extension of time is GRANTED;
2. Plaintiff shall have a thirty-day extension of time, to and including December 20, 2017, in which to file Plaintiff's Opening Brief in Support of Plaintiff's Complaint;
3. All other deadlines set forth in the Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **November 20, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE