McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8937
    Facsimile: 415-744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ALEXIS VALENZUEALA, | No. 1:17-cv-00463 BAM |
| Plaintiff, | **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT** |
| v. | |
| NANCY A. BERRYILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Alexis Valenzuela (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four. On remand, the Commissioner will ensure that Plaintiff's claim is analyzed under

Stipulation for Voluntary Remand, No. 1:17-cv-00463 BAM

-1-

the applicable regulatory requirements for Intellectual Disability set forth in 20 C.F.R., Subpt. P, App. 1 § 12.05, and that the medical opinion evidence related to his mental condition is properly addressed under the regulatory framework.  On remand, the agency will conduct any necessary further proceedings including developing additional evidence and issue a new decision in compliance with the regulations and with evidentiary support for the findings.

      The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

| | |
|---|---|
| DATE:  January 19, 2018 | Respectfully submitted, |
| | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ *Elizabeth Firer*<br>ELIZABETH FIRER<br>Special Assistant United States Attorney |
| DATE:  January 19, 2018 | Respectfully submitted, |
| | /s/*Melissa Newel*<br>MELISSA NEWEL<br>Attorney for Plaintiff<br>*per email authorization, January 19, 2018 |

## ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action be remanded to the Commissioner of Social Security for further administrative action consistent with the above Stipulation.  The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

    Dated:  **January 22, 2018**          /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE