Melissa Newel (SBN CA#148563)
NEWEL LAW
352 24th Street
Oakland, CA 94612
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
ALEXIS VALENZUELA

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
ELIZABETH FIRER
Special Assistant U.S. Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 977-8937
elizabeth.firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS VALENZUELA,<br><br>          Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>          Defendant. | Case No. 1:17-CV-00463-BAM<br><br>**AMENDED STIPULATION AND PROPOSED ORDER FOR AWARD AND PAYMENT OF ATTORNEYS FEES PURSUANT TO EAJA (28 U.S.C. §2412)**<br><br>**(Doc. 21)** |

STIPULATION AND ORDER

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between the parties, through their undersigned |
| 2 | attorneys, subject to the approval of the Court, that Alexis Valenzuela (Plaintiff) be awarded |
| 3 | attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412(d), in the |
| 4 | amount of three thousand four hundred and sixty-three dollars and fifty cents ($3,463.50). This |
| 5 | represents compensation for legal services rendered on behalf of Plaintiff by counsel in |
| 6 | connection with this civil action, in accordance with 28 U.S.C. § 2412(d). |
| 7 | After the Court issues an Order for EAJA fees to Plaintiff, the matter of Plaintiff's |
| 8 | assignment of EAJA fees to Plaintiff's attorney will be considered. Pursuant to *Astrue v. Ratliff*, |
| 9 | 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the attorney |
| 10 | fees are subject to any offset allowed under the United States Department of the Treasury's Offset |
| 11 | Program. After the Order for EAJA fees is entered, the government will determine whether they |
| 12 | are subject to any offset. |
| 13 | Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines |
| 14 | that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the |
| 15 | payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively |
| 16 | "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any and all payments |
| 17 | made shall be delivered to Plaintiff's counsel. |
| 18 | This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA |
| 19 | attorney fees and does not constitute an admission of liability on the part of Defendant under |
| 20 | EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any |
| 21 | and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees |
| 22 | and costs in connection with this action. |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | |

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

Respectfully submitted,

Dated: April 20, 2018          NEWEL LAW

By:   *Melissa Newel*
      Melissa Newel
      Attorney for Plaintiff
      ALEXIS VALENZUELA

Dated: April 20, 2018          MCGREGOR W. SCOTT
                               United States Attorney
                               DEBORAH LEE STACHEL
                               Regional Chief Counsel, Region IX
                               Social Security Administration

By:   *Elizabeth Firer**
      ELIZABETH FIRER
      (**Authorized by email dated 04/20/2018*)
      Special Assistant U.S. Attorney
      Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees Pursuant To EAJA, IT IS ORDERED that fees in the amount of three thousand four hundred and sixty-three dollars and fifty cents ($3,463.50) as authorized by 28 U.S.C. §2412(d) be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **April 24, 2018**            /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE